## GRIFFITHS *v.* ANDERSON IRON AND MANUFACTURING WORKS.

[No. 5,429. Filed October 26, 1905.]

From Huntington Circuit Court; *James C. Branyan,* Judge.

Suit by the Anderson Iron & Manufacturing Works against Samuel Griffiths. From a decree for plaintiff, defendant appeals. *Affirmed.*

*Fred H. Bowers,* for appellant.
*Lesh & Lesh,* for appellee.

BLACK, J.—The only alleged errors for which appellant seeks a reversal are the giving of certain instructions to the jury, the numbers of which are stated in appellant's brief, in which none of the instructions are set out and there is no attempt to state the substance of any instructions.

Under the rules of this court no further notice of the cause is required. Judgment affirmed.